FILED

06/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0652

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0652

_____

DR. KIMBERLY STRABLE,

      Plaintiff and Appellant,

  v.

                                               O R D E R

CARISCH, INC., d/b/a ARBY'S,

      Defendant and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Kathy Seeley, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 12 2024